FILE COPY

# IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 17-0700

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., AS SUCCESSOR TRUSTEE TO CHASE BANK OF TEXAS, N.A., FOR THE REVOCABLE TRUST ESTABLISHED BY ANGELA LEIGH SIMPSON STARRETT BY AGREEMENT DATED SEPTEMBER 8, 1999 <br> v. <br> ANGELA LEIGH MILITELLO F/K/A ANGELA LEIGH SIMPSON STARRETT | § § § § § § § § | Dallas County, <br><br> 5th District. |

**August 31, 2018**

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

(Justice Johnson not sitting)



I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner, WELLS FARGO BANK, N.A., AS SUCCESSOR TRUSTEE TO CHASE BANK OF TEXAS, N.A., FOR THE REVOCABLE TRUST ESTABLISHED BY ANGELA LEIGH SIMPSON STARRETT BY AGREEMENT DATED SEPTEMBER 8, 1999, pay all costs incurred on this petition.

FILE COPY

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 12th day of October, 2018.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk